

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael John Brumley, Appellant

No. 06-22-00093-CR        v.

The State of Texas, Appellee

Appeal from the County Court of Burleson County, Texas (Tr. Ct. No. 24,604). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment convicting Brumley of the Class A misdemeanor offense of operating a motor vehicle while intoxicated. We remand the cause to the trial court with instructions to reform the judgment of conviction to reflect a conviction of the Class B misdemeanor offense of operating a motor vehicle while intoxicated and to conduct a new punishment hearing attendant to the post-reformation conviction.

We note that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED DECEMBER 20, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk